The Honorable David W. Christel

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JOSE GUILLEMETTE, Individually and for Others Similarly Situated,<br><br>v.<br><br>GEORGIA-PACIFIC GYPSUM LLC, a Delaware limited liability company | **Case No. 3:26-cv-05943-DWC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 13, 2026** |

Before the Court is Plaintiff's Motion for Leave to File First Amended Class and Collective Action Complaint. For the reasons set forth in the Motion, the Court GRANTS Plaintiff leave to file his First Amended Class and Collective Action Complaint.

It is ORDERED that Plaintiff shall file his First Amended Complaint within seven (7) days of the entry of this Order.

DATED this _____ day of _______________ 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE
DAVID W. CHRISTEL



JOSEPHSON DUNLAP, LLP
5847 San Felipe, Suite 2400
Houston, Texas 77057
(713) 352-1100

Presented by:

By: /s/ Alyssa J. White
**Andrew W. Dunlap**
adunlap@mybackwages.com
**Alyssa J. White**
awhite@mybackwages.com
**JOSEPHSON DUNLAP, LLP**
5847 San Felipe, Suite 2400
Houston, Texas 77057
Telephone: 713.352.1100

**AND**

**Richard J. (Rex) Burch**
rburch@brucknerburch.com
**BRUCKNER BURCH, PLLC**
5847 San Felipe, Suite 2400
Houston, Texas 77057
Telephone: 713.877.8788

**AND**

By: /s/ Michael C. Subit
Michael C. Subit, WSBA #29189
msubit@frankfreed.com
**FRANK FREED SUBIT & THOMAS, LLP**
705 Second Ave., Suite 1200
Seattle, Washington 98104
Telephone: 206.682.6711

**ATTORNEYS FOR GUILLEMETTE & THE HOURLY EMPLOYEES**